Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−19268−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wilhelmina P. D'Dumo
   aka Wilhelmina P. Cabanero, dba WD
   Healthcare Continuum Inc.
   10 Taunton Road
   Medford, NJ 08055

Social Security No.:
   xxx−xx−7878

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 5/6/2019 and a confirmation hearing on such Plan has been scheduled for 7/10/2019.

The debtor filed a Modified Plan on 7/2/2019 and a confirmation hearing on the Modified Plan is scheduled for 8/6/2019@10:00 A.M.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: July 2, 2019
JAN: vpm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-19268-MBK
Wilhelmina P. D'Dumo                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jul 02, 2019
                              Form ID: 186             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2019.
db          +Wilhelmina P. D'Dumo,    10 Taunton Road,    Medford, NJ 08055-9338
cr          +Fulton Bank of New Jersey,    1601 Market Street,    Suite 901,   Philadelphia, PA 19103-2301
cr          +Playa Del Sol 380 Condo Association,    401 Cooper Landing Road,    Cherry Hill, NJ 08002-2517
518230090    American Express,    PO Box 297871,    Ft Lauderdale, Florida 33329-7871
518230092   +Eisenberg, Gold & Agrawal,    1040 N. Kings Highway,    Suie 200,
              Cherry Hill, New Jersey 08034-1925
518230093   +Fulton Bank,    1601 Market St., Suite 901,   Philadelphia, Pennsylvania 19103-2327
518257160   +Fulton Bank, N.A.,    1601 Market Street, Suite 901,   Philadelphia, PA 19103-2327
518310427   +PLAYA DEL SOL 380 CONDOMINIUM ASSOCIATION, INC.,    c/o Adam D. Greenberg, Esq.,
              1949 Berlin Road, Suite 200,    Cherry Hill, N.J. 08003-3737,    ( 08003-2077
518230094   +Plaza Del Sol Condominium Association,    401 Cooperlanding Rd.,
              CherryHill, New Jersey 08002-2517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jul 03 2019 01:14:55     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 03 2019 01:14:48     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
518230091   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 03 2019 01:15:30
              Bayview Loan Services, LLC.,   4425 Ponce De Leon Blvd, 5ht Fl.,
              Coral Gables, New Jersey 33146-1837
518230095   +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 03 2019 01:12:37
              Verizon Wireless,   PO Box 26055,   Minneapolis, Minnesota 55426-0055
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2019 at the address(es) listed below:
              Adam D. Greenberg    on behalf of Creditor    Playa Del Sol 380 Condo Association
               agreenberg@hgllclaw.com,  btemple@hgllclaw.com
              Albert Russo    docs@russotrustee.com
              Douglas J. Ferguson    on behalf of Creditor    Fulton Bank of New Jersey dferguson@egclawfirm.com,
               ksantiago@egalawfirm.com,ebecker@egalawfirm.com
              Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Steven N. Taieb    on behalf of Debtor Wilhelmina P. D'Dumo staieb@comcast.net,  sntgale@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6