UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Douglas J. Ferguson, Esquire
**EISENBERG, GOLD & AGRAWAL, P.C.**
1040 North Kings Highway, Suite 200
Cherry Hill, New Jersey 08034
(856) 330-6200

Order Filed on September 6, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Wilhelmina P. D'Dumo

                    Debtors.

Case No.: 19-19268
Chapter  13
Judge:   Michael B. Kaplan

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: September 6, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor: Wilhelmina P. D'Dumo
Case No.: 19-19268-MBK
Consent Order: Resolving Objection to Confirmation

**THIS MATTER** being opened to the Court by Eisenberg, Gold & Agrawal, P.C., attorneys for Fulton Bank, N.A. ("Fulton"), upon the filing of a Chapter 13 Plan, debtors having proposed to abandon real property commonly known as 10 Playa Del Sol, Cherry Hill, New Jersey (the "Property") of which Fulton holds a first mortgage, Fulton having filed an Objection to Confirmation, and it appearing that the parties having entered into an agreement to resolve the outstanding issues as to confirmation of the currently pending plan, and other good and sufficient reason appearing for making of this Order.

**IT IS ORDERED** as follows:

1. Fulton shall consent to the terms of the currently proposed Plan, which is to abandon the Property, subject to the following conditions.

2. Debtor shall execute a deed in lieu in favor of Fulton together with all related documents in order to facilitate the transaction.

3. The Plan shall provide for an unsecured claim to Fulton in the amount of $5,114.53.

3. This Order shall be incorporated in and become a part of any Order confirming the plan in this matter.

**WE HEREBY CONSENT TO THE FORM AND ENTRY OF THIS ORDER.**

**EISENBERG, GOLD, & AGRAWAL, P.C.**          **LAW OFFICES OF STEVEN TAIEB**

BY: /s/ Douglas J. Ferguson                              BY: /s/ Steven N. Taieb
   Douglas J. Ferguson, Esq.                                 Steven N. Taieb, Esq.
   Attorney for Secured Creditor                             Attorney for Debtor