UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Douglas J. Ferguson, Esquire
**EISENBERG, GOLD & AGRAWAL, P.C.**
1040 North Kings Highway, Suite 200
Cherry Hill, New Jersey 08034
(856) 330-6200

Order Filed on September 6, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Wilhelmina P. D'Dumo
                              Debtors.

Case No.: 19-19268
Chapter   13
Judge:    Michael B. Kaplan

**CONSENT ORDER
RESOLVING OBJECTION TO
CONFIRMATION**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: September 6, 2019**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor: Wilhelmina P. D'Dumo
Case No.: 19-19268-MBK
Consent Order: Resolving Objection to Confirmation

**THIS MATTER** being opened to the Court by Eisenberg, Gold & Agrawal, P.C., attorneys for Fulton Bank, N.A. ("Fulton"), upon the filing of a Chapter 13 Plan, debtors having proposed to abandon real property commonly known as 10 Playa Del Sol, Cherry Hill, New Jersey (the "Property") of which Fulton holds a first mortgage, Fulton having filed an Objection to Confirmation, and it appearing that the parties having entered into an agreement to resolve the outstanding issues as to confirmation of the currently pending plan, and other good and sufficient reason appearing for making of this Order.

**IT IS ORDERED** as follows:

1. Fulton shall consent to the terms of the currently proposed Plan, which is to abandon the Property, subject to the following conditions.

2. Debtor shall execute a deed in lieu in favor of Fulton together with all related documents in order to facilitate the transaction.

3. The Plan shall provide for an unsecured claim to Fulton in the amount of $5,114.53.

3. This Order shall be incorporated in and become a part of any Order confirming the plan in this matter.

**WE HEREBY CONSENT TO THE FORM AND ENTRY OF THIS ORDER.**

**EISENBERG, GOLD, & AGRAWAL, P.C.**          **LAW OFFICES OF STEVEN TAIEB**

BY: /s/ Douglas J. Ferguson                        BY: /s/ Steven N. Taieb
    Douglas J. Ferguson, Esq.                           Steven N. Taieb, Esq.
    Attorney for Secured Creditor                       Attorney for Debtor

United States Bankruptcy Court
District of New Jersey

In re:  
Wilhelmina P. D'Dumo  
      Debtor

Case No. 19-19268-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 06, 2019  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2019.  
db            +Wilhelmina P. D'Dumo,    10 Taunton Road,    Medford, NJ 08055-9338

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2019 at the address(es) listed below:  
         Adam D. Greenberg    on behalf of Creditor    Playa Del Sol 380 Condo Association  
          agreenberg@hgllclaw.com,    btemple@hgllclaw.com  
         Albert   Russo    docs@russotrustee.com  
         Douglas J. Ferguson    on behalf of Creditor    Fulton Bank of New Jersey dferguson@egclawfirm.com,  
          ksantiago@egalawfirm.com,ebecker@egalawfirm.com  
         Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited  
          Liability Company kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Steven N. Taieb    on behalf of Debtor Wilhelmina P. D'Dumo staieb@comcast.net,    sntgale@aol.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                            TOTAL: 6