**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Wilhelmina P. D'Dumo<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–7878<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19-19268-MBK | |

# Order of Discharge                                                               12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Wilhelmina P. D'Dumo
> aka Wilhelmina P. Cabanero, dba WD
> Healthcare Continuum Inc.

6/2/22                                                         **By the court:** Michael B. Kaplan
                                                                                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-19268-MBK
Wilhelmina P. D'Dumo  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: Jun 02, 2022      Form ID: 3180W      Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wilhelmina P. D'Dumo, 10 Taunton Road, Medford, NJ 08055-9338 |
| cr | + | Fulton Bank of New Jersey, 1601 Market Street, Suite 901, Philadelphia, PA 19103-2301 |
| cr | + | Playa Del Sol 380 Condo Association, 401 Cooper Landing Road, Cherry Hill, NJ 08002-2517 |
| 518230092 | + | Eisenberg, Gold & Agrawal, 1040 N. Kings Highway, Suie 200, Cherry Hill, New Jersey 08034-1925 |
| 518230093 | + | Fulton Bank, 1601 Market St., Suite 901, Philadelphia, Pennsylvania 19103-2327 |
| 518257160 | + | Fulton Bank, N.A., 1601 Market Street, Suite 901, Philadelphia, PA 19103-2327 |
| 518310427 | + | PLAYA DEL SOL 380 CONDOMINIUM ASSOCIATION, INC., c/o Adam D. Greenberg, Esq., 1949 Berlin Road, Suite 200, Cherry Hill, N.J. 08003-3737, ( 08003-2077 |
| 518230094 | + | Plaza Del Sol Condominium Association, 401 Cooperlanding Rd., CherryHill, New Jersey 08002-2517 |
| 518335716 | + | Virtua Health - WJ, c/o Apex Asset Management, LLC, PO Box 5407, Lancaster, PA 17606-5407 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 02 2022 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 02 2022 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518230090 | | Email/PDF: bncnotices@becket-lee.com | Jun 02 2022 20:53:22 | American Express, PO Box 297871, Ft Lauderdale, Florida 33329-7871 |
| 518340105 | | Email/PDF: bncnotices@becket-lee.com | Jun 02 2022 20:53:09 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518230091 | + | EDI: LCIBAYLN | Jun 03 2022 00:43:00 | Bayview Loan Services, LLC., 4425 Ponce De Leon Blvd, 5ht Fl., Coral Gables, New Jersey 33146-1873 |
| 518352363 | + | EDI: LCIBAYLN | Jun 03 2022 00:43:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1873 |
| 518343401 | + | EDI: AIS.COM | Jun 03 2022 00:43:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518230095 | + | EDI: VERIZONCOMB.COM | Jun 03 2022 00:43:00 | Verizon Wireless, PO Box 26055, Minneapolis, Minnesota 55426-0055 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Adam D. Greenberg | on behalf of Creditor Playa Del Sol 380 Condo Association agreenberg@hgllclaw.com  btemple@hgllclaw.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. Ferguson | on behalf of Creditor Fulton Bank of New Jersey dferguson@egalawfirm.com ksantiago@egalawfirm.com,ebecker@egalawfirm.com |
| Kevin Gordon McDonald | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Steven N. Taieb | on behalf of Debtor Wilhelmina P. D'Dumo staieb@comcast.net  sntgale@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7